IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22-20883 GLT |
| Michael R. Pope ) | Chapter 13 |
| Michelle L. Pope, ) | |
| *Debtor* ) | |
| ) | |
| Michelle L. Pope, ) | Document No. |
| Social Security No. XXX-XX- 6246 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Heritage Valley Health System and ) | |
| Ronda J.Winnecour, Trustee, ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 19, 2024 a true and correct copy of the *Amended Order to Pay Trustee* together with Notice of Debtor's Social Security Number was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Michelle L. Pope
2606 Craighead Lane
Beaver Falls, PA 15010

Heritage Valley Health System
Attn: Payroll Dept.
720 Blackburn Rd.
Sewickley, PA 15143

| | |
|---|---|
| Date of Service: July 19, 2024 | /s/ Kenneth Steidl |
| | Kenneth Steidl, Esquire |
| | Attorney for the Debtors |
| | STEIDL & STEINBERG |
| | 2830 Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | ken.steidl@steidl-steinberg.com |
| | PA I.D. No. 34965 |