**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHAEL R. POPE<br>MICHELLE L. POPE<br><br>　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　　Movant<br>　　vs.<br>BEAVER COUNTY TAX CLAIM BUREAU**<br><br>　　　　Respondents | Case No. 22-20883GLT<br><br><br>Chapter 13<br><br><br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

　The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

　　The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

　　　NO CLAIM FILED. DEBT IS PROVIDED FOR IN THE CONFIRMED PLAN.

| | |
|---|---|
| BEAVER COUNTY TAX CLAIM BUREAU**<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA 15009-2194 | Court claim# /Trustee CID# 4 |

The Movant further certifies that on 09/26/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| <br><br>cc:　debtor(s)<br>　　original creditor<br>　　putative creditor<br>　　counsel for debtor(s)<br>　　counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>MICHAEL R. POPE, MICHELLE L. POPE,<br>2606 CRAIGHEAD LANE, BEAVER FALLS,<br>PA  15010 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL &<br>STEINBERG PC, 436 SEVENTH AVE STE<br>322, KOPPERS BUILDING, PITTSBURGH,<br>PA  15219 |
| ORIGINAL CREDITOR:<br>BEAVER COUNTY TAX CLAIM BUREAU**<br>BEAVER COUNTY COURTHOUSE, 810 3RD<br>ST, BEAVER, PA  15009-2194<br><br>NEW CREDITOR: | |