IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 22-20883 GLT |
| Michael R. Pope | ) | Chapter 13 |
| Michelle L. Pope, | ) | |
| *Debtor* | ) | |
| | ) | |
| Michelle L. Pope, | ) | Document No. |
| Social Security No. XXX-XX- 6246 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Heritage Valley Health System and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 3, 2025 a true and correct copy of the *Amended Order to Pay Trustee* together with Notice of Debtor's Social Security Number was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Michelle L. Pope
2606 Craighead Lane
Beaver Falls, PA 15010

Heritage Valley Health System
Attn: Payroll Dept.
720 Blackburn Rd.
Sewickley, PA 15143

Date of Service: December 3, 2025              /s/ Kenneth Steidl
                                                                  Kenneth Steidl, Esquire
                                                                  Attorney for the Debtor
                                                                  STEIDL & STEINBERG
                                                                  436 7th Ave.- Suite 322
                                                                  Pittsburgh, PA 15219
                                                                  (412) 391-8000
                                                                  ken.steidl@steidl-steinberg.com
                                                                  PA I.D. No. 34965