**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MICHAEL R. POPE                           Case No. 22-20883GLT
MICHELLE L. POPE

             Debtor(s)
                                           Chapter 13
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

             Movant                      Document No __
         vs.
BIG BEAVER FALLS ASD(BVR FALLS)RE

         Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

BIG BEAVER FALLS ASD(BVR FALLS)RE          Court claim# /Trustee CID# 5
C/O PORTNOFF LAW ASSC-DELQ CLL
POB 3020
NORRISTOWN, PA 19404

The Movant further certifies that on 02/18/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                /s/ Ronda J. Winnecour
                                RONDA J WINNECOUR PA ID #30399
                                CHAPTER 13 TRUSTEE WD PA
                                600 GRANT STREET
cc:  debtor(s)                                 SUITE 3250 US STEEL TWR
       original creditor                       PITTSBURGH, PA  15219
       putative creditor                       (412) 471-5566
       counsel for debtor(s)                   cmecf@chapter13trusteewdpa.com
       counsel for the creditor(s) (if known)

DEBTOR(S):
MICHAEL R. POPE, MICHELLE L. POPE,
2606 CRAIGHEAD LANE, BEAVER FALLS,
PA  15010

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL &
STEINBERG PC, 436 SEVENTH AVE STE
322, KOPPERS BUILDING, PITTSBURGH,
PA  15219

ORIGINAL CREDITOR:
BIG BEAVER FALLS ASD(BVR FALLS)RE,
C/O PORTNOFF LAW ASSC-DELQ CLL,
POB 3020, NORRISTOWN, PA  19404

NEW CREDITOR: