FILED
4/10/26 9:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Michael Pope**                                    **Case No. 22-20883 GLT**
**Michelle Pope**

**Chapter 13**

**Debtor(s).**                                 Related to Docket No. 67

_____

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑        a motion to dismiss case or certificate of default requesting dismissal

☒        a plan modification sought by:   DEBTOR

❑        a motion to lift stay
         as to creditor        _____

❑        Other:        _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated May 12, 2022

❑ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❏       Debtor(s) Plan payments shall be changed from $1,985.00 to

$2,158.00 per month, effective April 2026; and/or the Plan term shall be changed
from ___ months to ____ months.                                              .


❏       In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments,

the Trustee or a party in interest may file with the Court and  serve upon
Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that
they have 30 days from the service of the notice in which to cure any and all
defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after
having been provided notice under the provision of this Stipulated Order, then the
Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy
Court along with an affidavit attesting to a failure to make Plan payments, and
the proceedings or case may thereafter be dismissed without prejudice and
without further hearing or notice.


❏       Debtor(s)  shall  file  and  serve  _____  on  or  before

_____.


❏       If any of the foregoing is not completed by the date specified, the case may be

dismissed without prejudice without further notice or hearing upon the filing by
the Trustee of an Affidavit of Non-Compliance.


❏       If any of the foregoing is not completed by the date specified, the automatic stay

as  to  the  property  described  as_____
_____ may be lifted without
further notice or hearing upon the filing by the Creditor herein of an Affidavit of
Non-Compliance.


✠       Other:
        ● MCLP Asset Company Inc. CL.#5 Notice of Mortgage Payment Change dated
                March 31, 2026, is implemented.  All prior Notices of Mortgage
                Payment Change filed of record are implemented.
        ● Legal fees of $900.00 added for a total of $4,400.00 under the plan (this does
                not exceed the no-look fee)
        ●  The Unsecured pool is revised to $207.00 which is 100% of timely filed
                claims.


**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein,
such creditor must file an objection to the same within fourteen (14) days hereof. Should such an
objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this
Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without

further notice and/or opportunity for a hearing.

    **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this __ 10th Day of April, 2026

Dated: _April 10, 2026_
_____

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:

/s/ Kenneth Steidl
Counsel to Debtor

Stipulated by:

/s/ Dennis Sloan_____
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:  All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20883-GLT |
| Michael R. Pope | Chapter 13 |
| Michelle L. Pope | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 10, 2026 | Form ID: pdf900 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael R. Pope, Michelle L. Pope, 2606 Craighead Lane, Beaver Falls, PA 15010-2357 |
| cr | + | MCLP Asset Company, Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15478803 | + | Columbia Gas Company, Po Box 70285, Philadelphia, PA 19176-0285 |
| 15478807 | | Heritage Valley Health System, P. O. Box 76618, Cleveland, OH 44101 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Apr 11 2026 00:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2026 00:20:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15478802 | ^ | MEBN | Apr 11 2026 00:09:45 | Beaver County Tax Claim Bureau, Courthouse, 810 Third Street, Beaver, PA 15009-2100 |
| 15478804 | | Email/Text: bankruptcy@cbtno.com | Apr 11 2026 00:11:00 | Crescent Bank, PO Box 2829, Addison, TX 75001 |
| 15483375 | | Email/Text: bankruptcy@cbtno.com | Apr 11 2026 00:11:00 | CRESCENT BANK & TRUST, PO BOX 2829, ADDISON, TX 75001 |
| 15478806 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 11 2026 00:12:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15486566 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2026 00:20:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15497856 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 11 2026 00:12:00 | MCLP Asset Company, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15478808 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 11 2026 00:12:00 | Select Portfolio Servicing, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15479170 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2026 00:20:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15478809 | + | Email/Text: bncmail@w-legal.com | Apr 11 2026 00:11:00 | Target, c/o TD Bank, PO Box 1470, Minneapolis, MN 55440-1470 |
| 15494852 | | Email/PDF: ebn_ais@aisinfo.com | Apr 11 2026 00:20:48 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 12

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 10, 2026 | Form ID: pdf900 | Total Noticed: 16 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MCLP Asset Company, Inc. |
| 15506513 | | MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing |
| cr | *+ | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15478805 | *P++ | CRESCENT BANK & TRUST, P O BOX 2829, ADDISON TX 75001-3041, address filed with court:, Crescent Bank, PO Box 2829, Addison, TX 75001 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 12, 2026              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com lemondropper75@hotmail.com;agilbert@bernsteinlaw.com |
| Charles Griffin Wohlrab | on behalf of Creditor MCLP Asset Company  Inc. bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Joshua I. Goldman | on behalf of Creditor MCLP Asset Company  Inc. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Kenneth Steidl | on behalf of Debtor Michael R. Pope julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Michelle L. Pope julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Matthew Fissel | on behalf of Creditor MCLP Asset Company  Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Michelle L. McGowan | on behalf of Creditor MCLP Asset Company  Inc. mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9