IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   MICHAEL R POPE and MICHELLE L POPE | : | Bankruptcy No.  2-22-BK-20883 |
| | : | Chapter       13 |
| Debtor | : | |
| | : | |
| | : | Claim No.      2 |
| | : | |
| Movant | : | |
| CRESCENT BANK & TRUST | : | |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |
| No Respondent | | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

Creditor Name:    CRESCENT BANK & TRUST

Incorrect Address:  PO BOX 2829
ADDISON TX 75001

Corrected Address:

Creditor Name:    CRESCENT BANK & TRUST

Correct Address:  PO BOX 1149
GRAPEVINE TX 76099

Dated    4/22/2026

Signature of Creditor

/s/Michael Stidham

Typed Name

Michael Stidham

Address
PO BOX 1149
GRAPEVINE TX 76099

Phone No.
(866) 831-5954

**Addendum C**

**LIMITED POWER OF ATTORNEY**

KNOW ALL PEOPLE BY THESE PRESENTS:

The undersigned ("Principal"), hereby constitutes and appoints Peritus Portfolio Services II LLC ("Agent") as its limited true and lawful agent and attorney in fact to act in its name and stead or on its behalf with authority to do only the following acts with respect to retail installment contracts and revolving credit accounts.

After the date hereof:

1. Agent can receive, endorse and collect all payments made payable to or owed to Principal in connection with the Property, including, but not limited to, any payments received from a Chapter 7, Chapter 11, Chapter 12, and Chapter 13 bankruptcy trustee.

2. Agent can take any and all actions necessary to perform such Bankruptcy Claim services for Client including preparation and filing of claims, in Bankruptcy cases pursuant to a contract for services between Client and Peritus Portfolio Services II LLC.

3. Agent can pursue litigation in connection with the services of bankrupt accounts to a contract for services between Client and Peritus Portfolio Services II LLC.

This power of attorney is made on ___Jan 2. 2024.

Client: _Crescent Bank._



By: _Gloria Shittu, VP Loss Mitigation_
      Position

STATE of Texas        ) ss.
COUNTY OF Dallas                    )

I, _Jevoy Bennett_ a Notary Public in and for said County, in said State, do hereby certify that the person personally known to me to be the same person whose name is subscribed to the foregoing instrument has appeared before me this day in person and acknowledged that he/she signed and delivered such instrument as his/her free and voluntary act for the uses and purposes therein set forth.
Given under my hand and official seal this _2nd_ day of _Jan_, 2024.

Notary Public State of _Texas_
Commission Expires: _12 - 29 - 25_

JEVOY BENNETT
Notary Public, State of Texas
Comm. Expires 12-29-2025
Notary ID 133507329