IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:   MICHAEL R POPE and MICHELLE L POPE   :   Bankruptcy No. 2-22-BK-20883
:   Chapter      13
Debtor   :
:
:   Claim No.      1
Movant   :
CRESCENT BANK   :
v.   :
:
:
Respondent (if none, then "No Respondent")   :
No Respondent

<u>NOTICE OF CHANGE OF ADDRESS</u>

Undeliverable Address:

    Creditor Name:   CRESCENT BANK

    Incorrect Address:   PO BOX 2829
    ADDISON TX 75001

Corrected Address:

    Creditor Name:   CRESCENT BANK

    Correct Address:   PO BOX 1149
    GRAPEVINE TX 76099

Dated   4/22/2026

Signature of Creditor
/s/Michael Stidham

Typed Name
Michael Stidham

Address
PO BOX 1149
GRAPEVINE TX 76099

Phone No.
(866) 831-5954

## Addendum C

### LIMITED POWER OF ATTORNEY

KNOW ALL PEOPLE BY THESE PRESENTS:

The undersigned ("Principal"), hereby constitutes and appoints Peritus Portfolio Services II LLC ("Agent") as its limited true and lawful agent and attorney in fact to act in its name and stead or on its behalf with authority to do only the following acts with respect to retail installment contracts and revolving credit accounts.

After the date hereof:

1.  Agent can receive, endorse and collect all payments made payable to or owed to Principal in connection with the Property, including, but not limited to, any payments received from a Chapter 7, Chapter 11, Chapter 12, and Chapter 13 bankruptcy trustee.

2.  Agent can take any and all actions necessary to perform such Bankruptcy Claim services for Client including preparation and filing of claims, in Bankruptcy cases pursuant to a contract for services between Client and Peritus Portfolio Services II LLC.

3.  Agent can pursue litigation in connection with the services of bankrupt accounts to a contract for services between Client and Peritus Portfolio Services II LLC.

This power of attorney is made on ___Jan 2. 2024.___

Client: ___Crescent Bank.___

By: ___Gloria Shittu, VP Loss Mitigation___
      Position

STATE of ___Texas___      ) ss.
COUNTY OF ___Dallas___                )

I, ___Jevoy Bennett,___ a Notary Public in and for said County, in said State, do hereby certify that the person personally known to me to be the same person whose name is subscribed to the foregoing instrument has appeared before me this day in person and acknowledged that he/she signed and delivered such instrument as his/her free and voluntary act for the uses and purposes therein set forth.
Given under my hand and official seal this ___2nd___day of ___Jan___, 2024.

Notary Public State of ___Texas___
Commission Expires: ___12 - 29 - 25___

JEVOY BENNETT
Notary Public, State of Texas
Comm. Expires 12-29-2025
Notary ID 133507329